THOMAS JOHNSON, as Administrator of the Estate of THOMAS JOHNSON, Deceased, Respondent, *v.* WESTCHESTER STREET RAILROAD COMPANY, Appellant.

*Johnson* v. *Westchester Street R. R. Co.*, 184 App. Div. 912, appeal dismissed.

(Argued December 2, 1919; decided January 6, 1920.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 25, 1918, reversing upon the law and the facts a judgment in favor of plaintiff entered upon a verdict and granting a new trial in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant.

*John F. Brennan* and *Thomas F. Curran* for appellant.

*Eugene F. McKinley* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, McLAUGHLIN and ANDREWS, JJ. Not voting: CRANE, J.